| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ALLSTATE TEXAS LLOYDS, §
§
    Plaintiff, §
§
versus § CIVIL ACTION NO. 1:08-CV-57
§
MILES HEATH, §
§
    Defendant. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on January 29, 2008. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant plaintiff's motion and dismiss plaintiff's claims against defendant pursuant to the parties' agreement.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 18th day of August, 2008.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE